**Order entered August 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00988-CV
No. 05-14-00989-CV
No. 05-14-00990-CV
No. 05-14-00991-CV

**IN RE RAUL DAVID JACKSON, Relator**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-0554511; F-0555473; F-0556279; F-0557397**

## ORDER

Based on the Court's opinion and order of this date, we **DISMISS** the petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
        JUSTICE